UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANNY DONOHUE, et al, <br> Plaintiffs, <br> v. <br> THOMAS J. MADISON, JR., et al, <br> Defendants. | 1:13-CV-0918 (FJS/CFH) |
| DANNY DONOHUE, et al, <br> Plaintiffs, <br> v. <br> THOMAS J. MADISON, JR., et al, <br> Defendants. | 1:13-CV-0920(FJS/CFH) |
| NEW YORK STATE THRUWAY <br> EMPLOYEES LOCAL 72, et al, <br> Plaintiffs, <br> v. <br> NEW YORK STATE THRUWAY <br> AUTHORITY, et al, <br> Defendants. | 1:14-CV-1043 (FJS/CFH) |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys of record for all of the parties in the action bearing Civil Action Number: 1:14-CV-1043 (FJS/CFH) that the complaint is voluntarily dismissed, without prejudice, against the defendant DONALD R. BELL in the action bearing Civil Action Number: 1:14-CV-1043 (FJS/CFH) pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii)

**IT IS FURTHER STIPULATED AND AGREED**, by and between the attorneys of record for all parties to the above entitled action, that this document may be executed in counterpart, and that a photocopy or a faxed copy of this document is as acceptable for filing

with the Clerk of the Court as the original stipulation. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: July 17, 2015

MORRIS DUFFY ALONSO & FALEY

By: _____
WILLIAM J. MANNING, JR. (WM-3791)
Attorneys for Defendant
DONALD R. BELL
Two Rector Street, 22nd Floor
New York, NY 10006
(212) 766-1888
File No.: (NYST) 64201

LIVINGSTON, ADLER, PULDA,
MEIKLEJOHN & KELLY, P.C.

By: _____
Attorneys for the Plaintiffs
NEW YORK STATE THRUWAY EMPLOYEES LOCAL72; JOSEPH E. COLOMBO, GEORGE E. SAVOIE, DAVID M. MAZZEO, individually and on behalf of all others similarly-situated
557 Prospect Avenue
Hartford, CT 06105
(860) 233-9821
gdadler@LAPM.ORG

WHITEMAN OSTERMAN & HANNA, LLP

By: _____
BETH A. BOURASSA
Attorneys for Defendants
NEW YORK STATE THRUWAY AUTHORITY, NEW YORK STATE CANAL CORPORATION, CARLOS MILLAN, BRIAN U. STRATTON, HOWARD P. MILSTEIN, JR., THOMAS RYAN, DONNA J. LUH, E. VIRGIL CONWAY, RICHARD N. SIMBERG, BRANDON R. SALL, J. DONALD RICE, JR., JOSE HOLGUIN-VERAS AND JOHN F. BARR
One Commerce Plaza
Albany, NY 12260
(518) 487-7600

DREYER BOYAJIAN LLP

By: _[signature]_
CRAIG M. CHRIST
Attorneys for Defendant
THOMAS J. MADISON
75 Columbia Street
Albany, NY 12210
(518) 478-2762

HINCKLEY ALLEN

By: _____
MICHAEL L. KOENIG
Attorneys for Defendant
HOWARD GLASER
30 South Pearl Street, Suite 901
Albany, NY 12207
(518) 396-3101

E. STEWART JONES HACKER & MURPHY

By: _____
E. STEWART JONES, JR.
Attorneys for Defendant
JOHN M. BRYAN
28 Second Street
The Jones Building
Troy, NY 12180
(518) 274-5820

GONZALEZ SAGGIO & HARLAN LLP

By: _[signature]_
STEVEN GERBER
Attorneys for Defendant
JOSEPH BRESS
292 Madison Avenue, 19th Floor
New York, NY 10017
(212) 380-9560

3

DREYER BOYAJIAN LLP

By: _____
CRAIG M. CHRIST
Attorneys for Defendant
THOMAS J. MADISON
75 Columbia Street
Albany, NY 12210
(518) 478-2762

HINCKLEY ALLEN

By: _____
MICHAEL L. KOENIG
Attorneys for Defendant
HOWARD GLASER
30 South Pearl Street, Suite 901
Albany, NY 12207
(518) 396-3101

E. STEWART JONES HACKER & MURPHY

By: _____
E. STEWART JONES, JR.
Attorneys for Defendant
JOHN M. BRYAN
28 Second Street
The Jones Building
Troy, NY 12180
(518) 274-5820

GONZALEZ SAGGIO & HARLAN LLP

By: _____
STEVEN GERBER
Attorneys for Defendant
JOSEPH BRESS
292 Madison Avenue, 19th Floor
New York, NY 10017
(212) 380-9560

3

DREYER BOYAJIAN LLP

By: _____
CRAIG M. CHRIST
Attorneys for Defendant
THOMAS J. MADISON
75 Columbia Street
Albany, NY 12210
(518) 478-2762

HINCKLEY ALLEN

By: _____
MICHAEL L. KOENIG
Attorneys for Defendant
HOWARD GLASER
30 South Pearl Street, Suite 901
Albany, NY 12207
(518) 396-3101

E. STEWART JONES HACKER & MURPHY

By: _____
E. STEWART JONES, JR.
Attorneys for Defendant
JOHN M. BRYAN
28 Second Street
The Jones Building
Troy, NY 12180
(518) 274-5820

GONZALEZ SAGGIO & HARLAN LLP

By: _____
STEVEN GERBER
Attorneys for Defendant
JOSEPH BRESS
292 Madison Avenue, 19th Floor
New York, NY 10017
(212) 380-9560

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: October 16, 2015
Syracuse, NY

3