UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

DANNY DONOHUE, et al,

        Plaintiffs,

v.

THOMAS J. MADISON, JR., et al,

        Defendants.

1:13-CV-0918 (FJS/CFH)
(Lead Action)

---

DANNY DONOHUE, et al,

        Plaintiffs,

v.

THOMAS J. MADISON, JR., et al,

        Defendants.

1:13-CV-0920 (FJS/CFH)

---

NEW YORK STATE THRUWAY
EMPLOYEES LOCAL 72, et al,

        Plaintiffs,

v.

NEW YORK STATE THRUWAY
AUTHORITY, et al,

        Defendants.

1:14-CV-1043 (FJS/CFH)

---

## STIPULATION OF VOLUNTARIY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys of record for all remaining parties in the actions bearing Civil Action Numbers: 1:13-CV-0918

(FJS/CFH), 1:13-CV-0920 (FJS/CFH), and 1:14-CV-1043 (FJS/CFH) (the "Consolidated Actions") that the respective complaints, including all remaining claims, in each of the Consolidated Actions are voluntarily dismissed, with prejudice, and without costs or fees of any kind to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS FURTHER STIPULATED AND AGREED**, by and between the attorneys of record for all remaining parties in the Consolidated Actins, that this stipulation may be executed in counterparts, and that a photocopy or a faxed copy of this document is as acceptable for filing with the Clerk of the Court as the original stipulation. This stipulation may be filed without further notice with the Clerk of the Court.

**STIPULATED TO AND AGREED:**

CIVIL SERVICE EMPLOYEES ASSOCIATION, INC.

By: _____          6/14/23
Aaron E. Kaplan, Esq. (Bar Roll No. 517548)          Date
Jennifer C. Zegarelli, Esq. (Bar Roll No. 512549)
Attorneys for all remaining Plaintiffs in
*Case No. 1:13-CV-0918 (FJS/CFH), and*
*Case No. 1:13-CV-0920 (FJS/CFH)*
143 Washington Avenue
Albany, NY 12210
(518) 449-1525
aaron.kaplan@cseainc.org
jennifer.zegarelli@cseainc.org

**[SIGNATURES CONTINUE ON NEXT PAGE]**

LIVINGSTON, ADLER, PULDA,
MEIKLEJOHN & KELLY, P.C.

By: _____    6/14/23
Gregg D. Adler, Esq. (Bar Roll. No. 518940)    Date
Attorneys for all remaining Plaintiffs in
*Case No. 1:14-CV-1043 (FJS/CFH)*
557 Prospect Avenue
Hartford, CT 06105
(860) 233-9821
gdadler@LAPM.ORG


WHITEMAN OSTERMAN & HANNA, LLP

By: _____    6/14/2023
William S. Nolan, Esq. (Bar Roll. No. 512108)    Date
Alan J. Goldberg, Esq. (Bar Roll. No. 507444)
Monica R. Lenahan, Esq. (Bar Roll. No. 517723)
*Attorneys for all remaining Defendants in
Case No. 1:13-CV-0918 (FJS/CFH),
Case No. 1:13-CV-0920 (FJS/CFH), and
Case No. 1:14-CV-1043 (FJS/CFH)*
One Commerce Plaza
Albany, NY 12260
(518) 487-7600
wnolan@woh.com
agoldberg@woh.com
mlenahan@woh.com


IT IS SO ORDERED.

Date: June 15, 2023

_____
Frederick J. Scullin, Jr.
Senior United States District Judge